AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>James Anthony Davila<br><br>*Defendant(s)* | ) ) ) ) ) ) ) Case No. 8:24-mj-01533-SPF |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   March 22, 2024 - March 24, 2024   in the county of   Hillsborough   in the
  Middle   District of   Florida   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2423(b) | Traveled in interstate commerce with intent to engage in illicit sexual conduct. |

This criminal complaint is based on these facts:

See Attached Affidavit

☒ Continued on the attached sheet.

*Complainant's signature*

Tony Aguiar, Task Force Officer, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/9/2024

*Judge's signature*

City and state:   Tampa, FL      Sean P. Flynn, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT

I, Tony Aguiar, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Detective with the Tampa Police Department and a Task Force Officer ("TFO") with the Federal Bureau of Investigation ("FBI"). Before I joined the Tampa Police Department in 2014, I served as a Sherriff's Deputy for the Hernando County Sherriff's Office for approximately five years. I have been a TFO with the FBI since April 2022, and I am assigned to the Tampa Division's Child Exploitation and Human Trafficking Task Force.

2. As a TFO, I am responsible for conducting criminal investigations into violations of federal statutes contained in Title 18 of the United States Code, to include crimes that relate to human trafficking, child pornography, and the sexual exploitation of children. I am authorized to execute arrest and search warrants issued under the authority of the United States. I have received training on proper investigative techniques, to include the use of surveillance, undercover activities, and the application and execution of arrest and search warrants. I have conducted and assisted in several human trafficking investigations, including undercover operations to recover juvenile victims of sex trafficking. These investigations have involved the use of surveillance; interviewing subjects, victims, and witnesses; and planning and executing warrants.

3. I submit this affidavit in support of an application for a criminal complaint and arrest warrant for James Anthony Davila ("**DAVILA**"). This affidavit sets forth facts sufficient to establish probable cause that **DAVILA** traveled in interstate commerce with intent to engage in illicit sexual conduct, in violation of 18 U.S.C. § 2423(b).

4. The facts in this affidavit are based on my participation in this investigation, information from other criminal investigators, agency reports, and my review of documents provided to me by witnesses and law enforcement officers. Because I submit this affidavit for the limited purpose to seek authorization to arrest **DAVILA**, I have not set forth every fact learned during this investigation.

## PROBABLE CAUSE

5. On Saturday, March 23, 2024, at approximately 11:55 p.m., the Tampa Police Department responded to a call regarding a missing 12-year-old girl (the "minor victim" or "M.V."). She was reported missing by her mother, who stated that M.V. ran away from home. The mother stated that she believed someone picked her up or took her. The mother provided their home address, located in Tampa, Florida, as well as M.V.'s cell phone number.

6. Tampa police attempted to call M.V., but her phone was off. Police contacted the service provider of M.V.'s cell phone and obtained records regarding her recent phone calls and text messages. Officers learned that in the hours leading up to

her disappearance, she engaged in phone calls and text messages with phone number 682-XXX-9302. The records did not reveal the content of any text messages.

7. Tampa police contacted the service provider of phone number 682-XXX-9302 and learned that the phone number is registered to **DAVILA**, who had a listed address in Texas.[1] Law enforcement also requested cell phone tower records for that number. From those records officers learned that **DAVILA's** cell phone was in Tampa, Florida, near the area of Interstate 4 and Martin Luther King Blvd, just hours before M.V. went missing.

8. Law enforcement searched Texas drivers' license records for **DAVILA**. They found **DAVILA's** license, which lists his home address and date of birth, and shows a photo of **DAVILA**.

9. Law enforcement learned that **DAVILA** is 20 years old (DOB: 01/XX/2004) and lives at XXXX County Rd XXX, Cleburne, Johnson County, Texas.

10. Tampa police spoke to M.V.'s mother at her residence, who provided them M.V.'s old cell phone. Officers looked at her social media accounts in that phone and saw private messages between her and a male, that were sexual in nature. M.V. referred to herself as the male's wife and expressed her desire to become pregnant. The male's account username was "himay2004" and M.V.'s was "himaysgirl."

---

[1] Also, area code 682 covers the Fort Worth, Texas area.

3

11. Officers looked at the male's social media profile and saw photos that resemble the photo on **DAVILA's** driver's license.

12. Around 9:45 a.m., on Sunday, March 24, I contacted the Johnson County Sheriff's Office in Texas to notify them of the situation and ask them to check **DAVILA's** residence to see if he and M.V. were there.

13. Johnson County officers went to **DAVILA's** residence and spoke to his roommate. Neither **DAVILA** nor M.V. were at the residence. According to the roommate, **DAVILA** left the residence sometime in the afternoon on Friday, March 22, and had not returned since. The roommate stated that he did not know where **DAVILA** was, and that **DAVILA** left his car at home.

14. Around 12:00 p.m., on Sunday, March 24, M.V. called a family member. M.V. stated that she was safe and at a gas station located at 33333 Blue Star Highway, Midway, Gadsden County, Florida (near Tallahassee). The gas station is located off Interstate 10, which is an east-west interstate that travels across Florida and several other southern states, to include Texas.

15. Officers with the Midway Police Department responded to the gas station and located the minor victim. **DAVILA** and his grandfather, Douglas Roderick ("RODERICK"), were also at the gas station.

16. The Florida Department of Children and Families ("DCF") also responded to the gas station, and M.V. was brought to a youth services center in Tallahassee, Florida.

17.     I responded to the center and interviewed M.V. She stated that she met **DAVILA** online approximately nine months ago while playing a videogame called Fortnite. The two built a relationship and continued to communicate via phone calls, text messages, and various social media platforms. M.V. stated that she told **DAVILA** that she is 12 years old. M.V. stated that she left her residence Saturday night without her family's knowledge or permission. She walked to a nearby convenience store where she waited for **DAVILA** to pick her up, as they planned. **DAVILA** arrived alone in a blue car. She stated that she and **DAVILA** planned to go to his home in Texas.

18.     M.V. stated that after **DAVILA** picked her up, they drove to a Motel 6 located at 9942 E Adamo Dr, Tampa, Florida. While inside the car and in the parking lot of the motel, **DAVILA** and M.V. engaged in sexual acts. Specifically, **DAVILA** digitally penetrated her vagina, and M.V. performed oral sex on **DAVILA** until he ejaculated. Afterwards, M.V. and **DAVILA** picked up RODERICK, who was staying in one of the rooms of the motel. M.V. stated that they left and planned to go to Texas.

19.     The Midway Police Department arrested **DAVILA** and transported him to the Gadsden County Sheriff's Office Detention Center.

20.     I met **DAVILA** at the Detention Center and interviewed him with another detective. **DAVILA** waived his *Miranda* rights and stated the following: M.V. is his girlfriend and they have been dating for several months. They met about seven or eight months ago while playing Fortnight. **DAVILA** believed M.V. was 16 years old when they met, and that she turned 17 in December 2023. When he drove to

Tampa to pick her up, it was the first time they met in person. In prior communications, they talked to each other in a sexual manner and exchanged sexually explicit photos.

21. **DAVILA** also stated that he planned for several weeks to go to Florida to pick her up and bring her back to Texas. He advised that he did not believe his vehicle was mechanically capable of driving from Texas to Florida, so he asked RODERICK to rent a car and travel with him. **DAVILA** stated that after they arrived in Tampa, he rented a room at the Motel 6 because RODERICK was tired. **DAVILA** stated that he then took the rental car and picked up M.V. near her home. He knew that M.V. was running away and that her family did not know she left.

22. **DAVILA** confirmed that shortly after he picked her up, he engaged in sexual acts with her inside the car. He stated that he digitally penetrated her vagina and that she performed oral sex on him. **DAVILA** stated that he and RODERICK drove several hours with M.V. with the intention of traveling to Texas. DAVILA further stated that during the trip, his roommate contacted him and informed him that law enforcement came to their residence to look for the minor victim. Around this time **DAVILA** also viewed a media alert detailing that M.V. was 12 years old and was reported as a missing person. **DAVILA** advised that at this point they stopped traveling, and he instructed M.V. to contact her family and tell them where they were. Police arrived soon after.

## CONCLUSION

23. Based on the foregoing facts, I believe there is probable cause that on or about March 22-24, 2024, **DAVILA** traveled in interstate commerce with intent to engage in illicit sexual conduct, in violation of 18 U.S.C. § 2423(b). Accordingly, I respectfully request the Court to issue a warrant for **DAVILA's** arrest.

Tony Aguiar, Task Force Officer
Federal Bureau of Investigation

Sworn to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 and 41(d)(3) via telephone this 9th day of April 2024.

SEAN P. FLYNN
United States Magistrate Judge

7